## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 2:23-cr-00093** |
| **VERSUS** | : | **JUDGE JAMES D. CAIN, JR.** |
| **HARRIS J BOUDREAUX** | : | **MAGISTRATE JUDGE KAY** |

### <u>JUDGMENT</u>

Before the court is a Report and Recommendation [doc. 31] of the Magistrate Judge, recommending that the defendant's guilty plea be accepted. After considering the record and noting the defendant's waiver of objections, the Court finds that the plea is correct under applicable law. Accordingly, **IT IS ORDERED, ADJUDGED,** and **DECREED** that the Report and Recommendation be **ADOPTED** and that the defendant be finally adjudged guilty of the offenses charged in Count One of the Indictment.

Sentencing is set for September 13, 2023, at 1:30 pm before the undersigned in Lake Charles, Louisiana.

**THUS DONE AND SIGNED** in Chambers on this 29th day of June, 2023.

_____
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**